# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 99-1753EMSL

United States of America,

    Appellee,

vs.

Nathan Williams, Jr.,

    Appellant.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri

**FILED NOV - 1 1999  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF MO  
ST. LOUIS**

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

September 22, 1999

A true copy.

ATTEST: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

**MANDATE ISSUED**

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 99-1753

| United States of America, | * |
| --- | --- |
| Appellee, | * |
| v. | * |
| Nathan Williams, Jr., | * |
| Appellant. | * |

No. 99-1755

| United States of America, | * |
| --- | --- |
| Appellee, | * |
| v. | * |
| Jerry Tronne Brown, | * |
| Appellant. | * |

Appeals from the United States
District Court for the Eastern
District of Missouri.

[UNPUBLISHED]

Submitted: September 14, 1999
Filed: September 22, 1999

Before McMILLIAN, FAGG, and MURPHY, Circuit Judges.

**MANDATE ISSUED**

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
U.S. COURT & CUSTOM HOUSE
1114 MARKET STREET
ST. LOUIS, MISSOURI 63101

MICHAEL E. GANS
Clerk of Court

VOICE (314) 539-3600
ABBS (800) 652-8671
ls.wustl.edu/8th.cir

RECEIVED BY MAIL
NOV 1 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

November 1, 1999

Mr. James Woodward
Acting Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
1114 Market Street
St. Louis, MO 63101

    Re:   99-1753EMSL   United States vs. Nathan Williams

Dear Clerk:

    The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

    The district court records in this court's possession will be returned shortly.

(5175-010199)

                                Sincerely,

                                Michael E. Gans
                                Clerk of Court

dms

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
------------------------------------------
cc:   Dean Robert Hoag
      Nathan Williams Jr.
      Richard Holland Sindel
      Stephen H. Gilmore

        District Court/Agency Case Number(s):   4:98-CR-152(RWS)

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 11/02/99 by bkirklan
         4:98cr152    USA vs Williams

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

```
Daniel Brown    -  62167        Fax: 314-231-0442
William Ekiss   -  78284        Fax: 314-725-8443
Stephen Gilmore -   3214        Fax: 314-421-0905
Dean Hoag       -   6426        Fax: 314-539-7695
Richard Moran   -  71755        Fax: 314-436-8148
Gloria Reno     -  47944        Fax: 314-231-4072
Bruce Simon     -               Fax: 816-471-0408
Richard Sindel  -   4380        Fax: 314-721-8545
```

SCANNED & FAXED BY:
NOV - 2 1999
C. L. F.