IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 4:98-CR-00152 RWS |
| NATHAN WILLIAMS, JR. | ) |
| Defendant. | ) |

**MOTION FOR RETROACTIVE APPLICATION
OF AMENDMENT 782 UNITED STATES SENTENCING GUIDELINES**

Comes now Michelle Monahan, Assistant Federal Public Defender, and enters her appearance as counsel for Nathan Williams, Jr. Mr. Williams seeks a reduction in sentence by retroactive application of Amendment 782, U.S.S.G. Mr. Williams respectfully asks the Court to hold this motion in abeyance to permit the filing of a supplemental motion within twenty-one days of the filing of the information packet pertaining to his case by this Court's United States Probation Office.

Respectfully submitted,

/s/Michelle Monahan
MICHELLE MONAHAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail:Michelle_Monahan @fd.org
ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tiffany Becker, Assistant United States Attorney.

                                        /s/ Michelle Monahan
                                        MICHELLE MONAHAN
                                        Assistant Federal Public Defender