RECEIVED
JAN 6 2021
BY MAIL




98CR152 RWS

January 4th 2020

Judge R Sippel
Eastern District of MO
111 S 10th Street
St Louis, MO 63102

I, Nathan Williams am submitting this letter to request termination of supervised release for the following:

I've served over 252.9 months (20.9) years of an aggravated 294 month (24.5 years) sentence ( less statutory and meritorious good time ) for various drug violations. The sentencing was based on the Career Criminal guidelines on 2 other felony charges of which both were committed when I was 17 years of age.

I was released September 18, 2018 under supervised release. I've followed all the conditions of my release; reporting as requested and maintaining employment. At this time I'm requesting to be completely released to move forward with my life and my wife.

Respectfully,

Nathan Williams
Nathan Williams



Ya'ron Williams
7327 Tulane Ave.
St. Louis, MO. 63130

SAINT LOUIS MO 630
7019 1640 0000 6139 9613   5 JAN 2021 PM 6 L





U.S. POSTAGE PAID
FCM LETTER
SAINT LOUIS, MO
63105
JAN 05, 21
AMOUNT
$3.55
R2304N117065-22

1099   63102



RECEIVED
JAN 6 2021
BY MAIL

Hon Judge Rodney Sippel
111 S Tenth St.
St Louis, MO. 63102

63102-112599